UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24664-CIV-ALTONAGA/Reid

**OSCAR HERRERA**,

    Plaintiff,

vs.

**ASIA FOCUS, LLC, d/b/a SUSHI MAKI, a Florida limited liability company; and WRAPIDO CORPORATION, d/b/a SUSHI MAKI, a Florida for-profit corporation,**

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA and Defendants ASIA FOCUS, LLC d/b/a SUSHI MAKI and WRAPIDO CORPORATION d/b/a SUSHI MAKI, through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them with thirty (30) days from the date of this Notice to finalize their settlement agreement and file the appropriate dismissal document.

Dated: January 30, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| | |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**FORD & HARRISON LLP**
Counsel for Defendants
1 SE Third Avenue, Suite 2130
Miami, FL  33131
(305) 808-2143
erodriguez@fordharrison.com

By  ___*/s/ Elizabeth M. Rodriguez*___
      ELIZABETH M. RODRIGUEZ
      Fla. Bar No. 821690