UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-24664-CIV-ALTONAGA/Reid

**OSCAR HERRERA**,

      Plaintiff,

vs.

**ASIA FOCUS, LLC, d/b/a SUSHI
MAKI, a Florida limited liability
company; and WRAPIDO CORPORATION,
d/b/a SUSHI MAKI, a Florida for-profit
corporation,**

      Defendants.

_____/

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ENRIQUE ALVEAR, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each

party to bear his/its own attorney's fees and costs.

Dated:  March 27, 2024

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
    RODERICK V. HANNAH
    Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ____*s/ Pelayo M. Duran*_____
    PELAYO M. DURAN
    Fla. Bar No. 0146595

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of March, 2024, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Elizabeth M. Rodriguez, Esq.
FORD & HARRISON LLP
1 SE 3rd Avenue, Suite 2120
Miami, FL  33131
(305) 808-2143
erodriguez@fordharrison.com

*Counsel for Defendants*

*/s/ Roderick V. Hannah*   
Roderick V. Hannah
